

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00149-CV

CENTURION ACQUISITIONS, LP;                  APPELLANTS
2M HOLDINGS, LP; MMM
HOLDINGS, L.P. AND MERHDAD
MOAYEDI

V.

CECIL C. GRAHAM AND MARY JO                APPELLEES
GRAHAM

-----------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellants' Unopposed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  December 22, 2011